**UNITED STATES COURT OF INTERNATIONAL TRADE**         FORM 3

---

**AL JAZEERA STEEL PRODUCTS CO. SAOG**

                              Plaintiff,

    v.

**UNITED STATES,**

                              Defendant.

**SUMMONS**
**Court No. 26-01061**

---

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.



                                                        **/s/ Gina Justice**
                                                        Clerk of the Court

1.    <u>Name and standing of plaintiff</u>: Plaintiff Al Jazeera Steel Products Co. SAOG is a foreign producer and exporter of circular welded carbon quality steel pipe in the Sultanate of Oman, and an interested within the meaning of 19 U.S.C. §1677(9)(A). Plaintiff was an active participant in the anticircumvention proceeding that led to the determination being challenged. Plaintiff therefore has standing pursuant to 19 U.S.C. §1516a(d) and 28 U.S.C. §2631 as an interested party that was a party to the proceeding identified below.

2.    <u>Brief description of contested determination</u>: Plaintiff contests the final determination of the U.S. Department of Commerce that imports of circular welded carbon quality steel pipe (CWP) completed in the Sultanate of Oman using hot-rolled steel produced in the People's Republic of China are circumventing the antidumping duty and countervailing duty orders on CWP from China. See, *Circular Welded Carbon Quality Steel Pipe from the People's Republic of China: Final Affirmative Determination of Circumvention of the Antidumping Duty and Countervailing Duty Orders*, 91 Fed. Reg. 4871 (Dep't Commerce Feb. 3, 2026). This determination is contested pursuant to 19 U.S.C. §1516a(a)(2)(A)(ii); 19 U.S.C. §1516a(a)(2)(B)(vi); and 28 U.S.C. §1581(c).

3.    <u>Date of determination</u>: The contested determination was issued by the U.S. Department of Commerce on January 28, 2026; was published in the *Federal Register* on February 3, 2026; and was mailed to the Plaintiff and all other interested parties on February 2, 2026.

4.    <u>If applicable, date of publication in Federal Register of notice of contested determination</u>. The determination was published in the *Federal Register* on February 3, 2026.

                                                        /s/ David L. Simon
                                                        LAW OFFICES OF DAVID L. SIMON, PLLC
                                                        1025 Connecticut Ave., NW, Ste. 1000
                                                        Washington, DC 20036
                                                        Tel. 202-236-2417
                                                        Email dlsimon@dlsimon.com
                                                        Counsel for Al Jazeera

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Supervising Attorney
Civil Division, Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice, Civil Division
Commercial Litigation Branch
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)