**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| AL JAZEERA STEEL PRODUCTS CO. SAOG,<br><br>Plaintiff,<br><br>v.<br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>BULL MOOSE TUBE COMPANY, MARUICHI AMERICAN CORPORATION, WHEATLAND TUBE COMPANY, and THE UNITED STEEL, PAPER AND FORESTRY, RUBBER MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL CIO, CLC,<br><br>Defendant-Intervenors. | Court No. 26-01061 |

**ORDER**

Upon consideration of defendant's motion for a 45-day extension of time to file its brief, it is hereby:

**ORDERED** that defendant's consent motion is granted, and it is further

**ORDERED** that defendant shall file its response brief on or before November 12, 2026, and it is further

**ORDERED** that the Court's May 27, 2026, scheduling order is amended as reflected:

| **FILING** | **WORD LIMIT** | **CURRENT DEADLINE** | **PROPOSED NEW DEADLINE** |
|---|---|---|---|
| Defendants Response Brief | 14,000 words | September 28, 2026 | November 12, 2026 |
| Response brief of Defendant Intervenors | 10,000 words | October 28, 2026 | December 14, 2026 |
| Plaintiff's reply brief | 7,000 words | November 30, 2026 | January 11, 2027 |
| Joint Appendix | Not applicable | December 14, 2026 | January 25, 2027 |
| Motions for Oral Argument | Not applicable | December 21, 2026 | February 1, 2027 |

**SO ORDERED**.

/s/ Mark A. Barnett

Dated: August 20, 2026
New York, New York

Mark A. Barnett
Chief Judge